PROB 12C
(7/93)

Report Date: April 27, 2016

# United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

4/27/16

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ricco Alfonso Garza        Case Number: 0980 4:16CR06025-001

Address of Offender:        Richland, Washington 99352

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: March 26, 2014

Original Offense:    Fugitive in possession of ammunition, 18 U.S.C. § 922(g)(2)

Original Sentence:   Prison 15 months; TSR - 24 months        Type of Supervision: Supervised Release

Asst. U.S. Attorney:  Thomas J. Hanlon        Date Supervision Commenced: October 16, 2014

Defense Attorney:   Alex B. Hernandez, III        Date Supervision Expires: October 15, 2016

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: Ricco Garza is in violation of his period of supervised release by displaying a firearm, in violation of the Revised Code of Washington (R.C.W.) 9.41.270(1), on or prior to February 29, 2016.

According to reports from the Kennewick Police Department, the defendant was involved in a verbal altercation with a minor female and her mother. It is alleged the defendant had a firearm in his lap while seated in his car and pointed the weapon towards the mother. The minor female got in the defendant's vehicle and they left. The mother contacted police and advised of the situation. Police were unable to contact the defendant until March 4, 2016, at which time the defendant was arrested.

On March 10, 2016, the defendant was charged in Benton County Superior Court in Kennewick, Washington, under case number 16-1-00207-6, with unlawful display of a weapon. The defendant remains in custody on a $50,000 bail. Trial is currently set for May 23, 2016.

Prob12C
**Re: Garza, Ricco Alfonso**
**April 27, 2016**
**Page 2**

    2    **Mandatory Condition # 5**: The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

    **Supporting Evidence**: Ricco Garza is in violation of his period of supervised release by possessing a firearm on or prior to March 4, 2016.

    According to reports from the Kennewick Police Department, the defendant was contacted in his vehicle with a female passenger. After removing the defendant and female passenger from the vehicle, a firearm could be seen in plain view. The reports note the firearm was located in the female passenger's purse but could be easily seen. The information gathered in subsequent interviews led officers to believe the defendant had placed the gun in the purse prior to exiting the vehicle.

    On March 10, 2016, the defendant was charged in Benton County Superior Court in Kennewick, Washington, under case number 16-1-00207-6, with unlawful possession of a firearm in the first degree. The defendant remains in custody with a $50,000 bail. Trial is currently set for May 23, 2016.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  04/27/2016

s/David L. McCary

David L. McCary
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Signature of Judicial Officer

04/27/2016
Date