PROB 12C
(6/16)

Report Date: March 4, 2020

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 04, 2020

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Ricco Alfonso Garza         Case Number: 0980 4:16CR06025-SMJ-1

Address of Offender: 412 Snow Avenue, Richland, Washington 99352

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: March 26, 2014

| | | |
|---|---|---|
| Original Offense: | Fugitive in Possession of Ammunition, 18 U.S.C. § 922(g)(2) | |
| Original Sentence: | Prison - 15 months; TSR - 24 months | Type of Supervision: Supervised Release |
| Revocation Sentence: November 21, 2017 | Prison- 6 months; TSR- 30 months | |
| Asst. U.S. Attorney: | Thomas J. Hanlon | Date Supervision Commenced: May 11, 2018 |
| Defense Attorney: | Alex B. Hernandez, III | Date Supervision Expires: November 10, 2020 |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number     Nature of Noncompliance

    1    **Mandatory Condition # 1**: You must not commit another Federal, state, or local crime.

      **Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by committing the offense of kidnaping in the first degree, domestic violence, on or prior to March 1, 2020.

      On May 14, 2018, the offender signed his Judgement in a Criminal Case noting he understood he could not commit any additional law violations.

      On March 2, 2020, information was received from the Richland Police Department stating the offender had allegedly been involved in the kidnaping and assault of his girlfriend the day prior. After receiving the information, contact was going to be made with the offender's mother at the home but the offender's car was parked in front of the home. Law enforcement was notified and they initiated contact with the residence. The offender's mother was located at the home, but the offender was not there. The offender's mother stated he had left the home earlier stating he was going to report to the probation office later in the day.

Prob12C
Re: Garza, Ricco Alfonso
March 4, 2020
Page 2

In a Probable Cause Statement issued by the Richland Police Department, it states officers were dispatched to a report of a "physical disturbance between a male and female." Upon arriving, they contacted the female victim who had injuries to her face which required treatment at a hospital. There was bruising on her face and dried blood on her lip and nose. The victim stated she had broken up with the offender a few weeks earlier and was out at a bar with some friends. The offender had been "blowing up" the victim's phone in an attempt to find out where she was and who she was with. Eventually, the offender called the victim and directed her to come outside the bar. When she did not come out, he threatened to "come inside and drag her out." The victim went outside and the offender told her to get in his car. When the victim refused, it was stated the offender got out of his car "grabbed the victim and forced her into his vehicle." When the victim tried to open the passenger door, the offender "began punching her in the face, head, and neck." The victim also noted the offender "placed his hands around her neck for approximately 5 seconds". She reported she did not lose consciousness, but said she had trouble breathing. The Probable Cause Statement noted the offender then drove to a nearby park and then to the victim's apartment. It was after the offender left the apartment that police contacted the victim.

The offender was actually contacted by law enforcement in his vehicle near the victim's apartment while officers were responding to the call. Due to a lack of information and not knowing the identity of the alleged perpetrator, they had to let him go. They attempted to relocate the offender once the information was obtained, but were unsuccessful.

Currently there is a felony warrant and a 72-hour hold for the offender under Richland Police Department case number 20-04947.

2       **Standard Condition #2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by failing to report to the probation office on March 2, 2020, as instructed.

On May 14, 2018, the offender signed his Judgement in a Criminal Case noting he understood he was to report as instructed by his probation officer. The offender was directed to report the first Monday of each month to the Richland probation office.

On March 2, 2020, the offender was scheduled to report to the Richland probation office. As noted within Violation Number 1, information was obtained from the Richland Police Department alleging the offender had committed new criminal conduct on March 1, 2020. During the investigation, the offender's mother had stated she had been told by the offender that he was going to report to the probation office that day. The offender failed to report as directed and has not contacted the probation office.

Attempts to contact the offender by phone and text message have gone unreturned. The offender's whereabouts are currently unknown.

Prob12C
**Re: Garza, Ricco Alfonso**
**March 4, 2020**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 4, 2020

s/David L. McCary

David L. McCary
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

03/04/2020
Date