PROB 12C
(6/16)

Report Date: March 18, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 18, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ricco Alfonso Garza                Case Number: 0980 4:16CR06025-SMJ-1

Address of Offender:                Richland, Washington 99352

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: March 26, 2014

Original Offense:        Fugitive in Possession of Ammunition, 18 U.S.C. § 922(g)(2)

Original Sentence:       Prison - 15 months;         Type of Supervision: Supervised Release
                         TSR - 24 months

Revocation Sentence:     Prison- 6 months;
November 21, 2017        TSR- 30 months

Asst. U.S. Attorney:     Thomas J. Hanlon            Date Supervision Commenced: May 11, 2018

Defense Attorney:        Alex B. Hernandez, III      Date Supervision Expires: November 10, 2020

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on 03/4/2020.

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number        Nature of Noncompliance

      3               **Mandatory Condition # 1**: You must not commit another Federal, state, or local crime.

                      **Supporting Evidence**: The offender is considered to be in violation of his period of supervised release by committing the offenses of unlawful imprisonment with notice of domestic violence allegation-intimate partner, and fourth degree assault with notice of domestic violence allegation-intimate partner, on or prior to March 1, 2020.

                      On May 14, 2018, the offender signed his Judgement in a Criminal Case noting he understood he could not commit any additional law violations.

                      On March 2, 2020, information was received from the Richland Police Department stating the offender had allegedly been involved in the kidnaping and assault of his girlfriend the day prior. After receiving the information, contact was going to be made with the offender's mother at the home, but the offender's car was parked in front of the home. Law enforcement was notified and they initiated contact with the residence. The offender's

Prob12C
Re: Garza, Ricco Alfonso
March 18, 2021
Page 2

mother was located at the home, but the offender was not there. The offender's mother stated he had left the home earlier stating he was going to report to the probation office later in the day.

In a Probable Cause Statement issued by the Richland Police Department, it states officers were dispatched to a report of a "physical disturbance between a male and female." Upon arriving, they contacted the female victim who had injuries to her face which required treatment at a hospital. There was bruising on her face and dried blood on her lip and nose. The victim stated she had broken up with the offender a few weeks earlier and was out at a bar with some friends. The offender had been "blowing up" the victim's phone in an attempt to find out where she was and who she was with. Eventually, the offender called the victim and directed her to come outside the bar. When she did not come out, he threatened to "come inside and drag her out." The victim went outside and the offender told her to get in his car. When the victim refused, it was stated the offender got out of his car "grabbed the victim and forced her into his vehicle." When the victim tried to open the passenger door, the offender "began punching her in the face, head, and neck." The victim also noted the offender "placed his hands around her neck for approximately 5 seconds." She reported she did not lose consciousness, but said she had trouble breathing. The Probable Cause Statement noted the offender then drove to a nearby park and then to the victim's apartment. It was after the offender left the apartment that police contacted the victim.

The offender was actually contacted by law enforcement in his vehicle near the victim's apartment while officers were responding to the call. Due to a lack of information and not knowing the identity of the alleged perpetrator, they had to let him go. They attempted to relocate the offender once the information was obtained, but were unsuccessful. The offender was arrested by law enforcement on March 9, 2020, at a friend's residence.

The offender was originally charged with kidnaping in the first degree, domestic violence in Benton County Superior Court under case number 20-1-00330-03. During the process of the case, the offender plead guilty on January 4, 2021, to count 1: unlawful imprisonment with notice of domestic violence allegation-intimate partner; and count 2: fourth degree assault with notice of domestic violence allegation-intimate partner. The offender was sentenced to 17 months confinement on count 1, and 364 days on count 2.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 18, 2021

s/David L. McCary

David L. McCary
U.S. Probation Officer

Prob12C
**Re: Garza, Ricco Alfonso**
**March 18, 2021**
**Page 3**

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [X] Defendant to appear before the Judge assigned to the case.
- [ ] Defendant to appear before the Magistrate Judge.
- [ ] Other

_____
Signature of Judicial Officer

03/18/2021
Date